UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JULIO GODOY ZELAYA,

        Petitioner,

v.

ROBERT LYNCH et al.,

        Respondents.

_____/

Case No. 1:25-cv-1355

Honorable Hala Y. Jarbou

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** that Respondents shall release Petitioner from custody, subject to any conditions that existed under Petitioner's § 1182(d)(5)(A) parole.

**IT IS FURTHER ORDERED** that within three days of the issuance of this judgment, Respondents shall file a status report with the Court to certify compliance with the Court's opinion and judgment.

**IT IS FURTHER ORDERED** that the Attorney General of the United States is **DISMISSED** as a Respondent in this matter.

Dated: December 5, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE